SILENT SALES VENDING COMPANY, PLAINTIFF, v. NIPOLA PRODUCTS COMPANY, INCORPORATED, DEFENDANT.

Decided May 9, 1925.

**Testimony—Additional on Rule to Show Cause Why Plaintiff's Judgment Should Not be Opened.**

On petition, &c.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the defendant, *Tackella & Camby.*

For the plaintiff, *Joseph Beck Tyler.*

PER CURIAM.

This is the defendant's petition for an order to take additional testimony under a rule to show cause why the plaintiff's judgment should not be opened, which rule was discharged by this court after hearing at the last term.

We have considered the petition and we are constrained to think that it cannot be granted without doing violence to our settled rules and practice.

The petition is denied accordingly.